UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTEN PIERSON,<br><br>                                Plaintiff,<br><br>     - against -<br><br><br>FOURSQUARE LABS, INC.<br><br>                                Defendant. | Docket No. 1:19-cv-3397<br><br>JURY TRIAL DEMANDED |

# COMPLAINT

Plaintiff Kristen Pierson ("Pierson" or "Plaintiff") by and through her undersigned counsel, as and for her Complaint against Defendant Foursquare Labs, Inc. ("Foursquare" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of a barbershop shave, owned and registered by Pierson, a professional photographer. Accordingly, Pierson seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. Upon information and belief, this Court has personal jurisdiction over Defendant because Defendant resides and/or transacts business in New York and is registered with the New York Department of State Division of Corporations.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Pierson is a professional photographer in the business of licensing her photographs to online and print media for a fee having a usual place of business at 1550 Nooseneck Hill Road #97, Coventry, RI 02816.

6. Upon information and belief, Foursquare is a foreign business corporation organized and existing under the laws of the State of Delaware, with a place of business at 568 Broadway, 10th Floor, New York, New York 10012. Upon information and belief, Foursquare is registered with the New York State Department of Corporations to do business in New York. At all times material hereto, Foursquare has owned and operated a website at the URL: www.FourSquare.com (the "Website").

## STATEMENT OF FACTS

**A.    Background and Plaintiff's Ownership of the Photograph**

7. Pierson photographed a barbershop shave (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Pierson is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9. The Photograph was registered with United States Copyright Office and was given Copyright Registration Number VA 2-145-472.

**B.    Defendant's Infringing Activities**

10. On June 16, 2017, Pierson contacted Foursquare's DMCA agent via e-mail to take down the Photograph from the Website. See Exhibit B.

11. Foursquare did not respond back to Pierson and the Photograph remains up on the Website almost 2 years later. See https://foursquare.com/v/state-street-barbers/4ae47de3f964a520f29a21e3?openPhotoId=532f712a498e446a9922ca4c which is attached in screenshots in Exhibit C.

12. Foursquare did not license the Photograph from Plaintiff for its Website, nor did Foursquare have Plaintiff's permission or consent to publish the Photograph on its Website.

13. Foursquare did not comply with the DMC procedure on taking the Photographs down.

14. As a result, Foursquare is not protected under the DMCA safe harbor as it failed to take down the Photograph from the Website.

## CLAIM FOR RELIEF
### (COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)
### (17 U.S.C. §§ 106, 501)

15. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-14 above.

16. Foursquare infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Foursquare is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

17. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

18. Upon information and belief, the foregoing acts of infringement by Foursquare have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

19. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

20. Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photograph, pursuant to 17 U.S.C. § 504(c).

21. Plaintiff further is entitled to her attorney's fees and full costs pursuant to 17 U.S.C. § 505

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Foursquare be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded her costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

5. That Plaintiff be awarded pre-judgment interest; and

6. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
April 16, 2019

        LIEBOWITZ LAW FIRM, PLLC

        By: /s/Richard Liebowitz
           Richard P. Liebowitz
        11 Sunrise Plaza, Suite 305
        Valley Stream, NY 11580
        Tel: (516) 233-1660
        RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Kristen Pierson*